# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| CATALYST PHARMACEUTICALS, INC, | : | **Document Filed Electronically** |
| Plaintiff, | : : : | Civil Action No.: 1:23-cv-1945-KMW-SAK |
| v. | : : : | Karen M. Williams, U.S.D.J. |
| MSN LABORATORIES PRIVATE LIMITED and MSN PHARMACEUTICALS INC., | : : : : | Sharon A. King, U.S.M.J. |
| Defendants. | : x | |

## JOINT REQUEST FOR EXTENSION OF TIME

    Plaintiff, Catalyst Pharmaceuticals, Inc., and Defendants, MSN Laboratories Private Limited and MSN Pharmaceuticals Inc. jointly request the following extension of 30 days to certain dates in the Amended Pretrial Scheduling Order. Those dates start with the Close of Fact Discovery and end with the Replies of Dispositive and Daubert Motions. Below is a chart showing the requested extension for each date based on the present Amended Pretrial Scheduling Order. If acceptable to the Court, we respectfully request that the Court "So Order" the document and direct its entry on the docket.

| Event | Present Date | Proposed Date |
|---|---|---|
| Close of Fact Discovery | April 19, 2024 | May 20, 2024 |
| Opening Expert Reports | 30 days after the close of fact discovery. (May 20, 2024) | 30 days after the close of fact discovery. (June 20, 2024) |
| Rebuttal Expert Reports | 30 days after service of opening expert reports. (June 20, 2024) | 30 days after service of opening expert reports. (July 19, 2024) |
| Reply Expert Reports | 30 days after service of rebuttal expert reports. (July 19, 2024) | 30 days after service of rebuttal expert reports. (August 19, 2024) |
| Objective Indicia Reply Reports | 30 days after service of reply expert reports. (August 19, 2024) | 30 days after service of reply expert reports. (September 18, 2024) |
| Close of Expert Discovery | 30 days after service of objective indicia reply expert reports. (September 19, 2024) | 30 days after service of objective indicia reply expert reports. (October 18, 2024) |

| | | |
|---|---|---|
| Opening Dispositive and Daubert Motions | 21 days after close of expert discovery. (October 10, 2024) | 21 days after close of expert discovery. (November 8, 2024) |
| Oppositions to Dispositive and Daubert Motions | 21 days after service of opening dispositive and Daubert motions. (October 31, 2024) | 21 days after service of opening dispositive and Daubert motions. (November 29, 2024) |
| Replies to Dispositive and Daubert Motions | 14 days after service of opposition to dispositive and Daubert motions. (November 14, 2024) | 14 days after service of opposition to dispositive and Daubert motions. (December 13, 2024) |

Dated:  April 11, 2024                                                            Respectfully submitted,


 s/  Gregory S. Gewirtz                                     s/  Charles H. Chevalier
Gregory S. Gewirtz                                          Charles H. Chevalier
Russell W. Faegenburg                                       GIBBONS P.C.
Kendall K. Gurule                                           One Gateway Center
LERNER DAVID LLP                                            Newark, NJ  07102
20 Commerce Drive                                           973.596.4611
Cranford, NJ  07016                                         cchevalier@gibbonslaw.com
908.654.5000
ggewirtz@lernerdavid.com
rfaegenburg@lernerdavid.com
kgurule @lernerdavid.com

Devan V. Padmanabhan (*pro hac vice*)                       Dennies Varughese
Sri K. Sankaran (*pro hac vice*)                            Paul A. Ainsworth
PADMANABHAN & DAWSON, P.L.L.C.                              Alex Alfano
45 South 7th Street                                         Davin B. Guinn
Suite 2315                                                  STERNE, KESSLER, GOLDSTEIN & FOX
Minneapolis, MN 55402                                       P.L.L.C.
612.444.3377                                                1101 K Street NW, 10th Floor
sri@paddalawgroup.com                                       Washington, DC 20005
devan@paddalawgroup.com                                     202.371.2600
                                                            dvarughese@sternekessler.com
*Attorneys for Defendants*                                  painsworth@sternekessler.com
*MSN Laboratories Private Limited and MSN*                  aalfano@sternekessler.com
*Pharmaceuticals Inc.*                                      dguinn@sternekessler.com

                                                            *Attorneys for Plaintiffs*
                                                            *Catalyst Pharmaceuticals, Inc.*

**SO ORDERED**:

Dated: _____

                                                       Sharon A. King, U.S.M.J.